**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: SIGNS WEST, INC.                               Case No. 09-17213-BAM
_____,      Chapter   7
                   Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     LENARD E. SCHWARTZER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $2,044,778.36               Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $53,534.29     Claims Discharged
                                                Without Payment: $2,199,352.83

Total Expenses of Administration: $24,312.94

---

     3) Total gross receipts of $     77,847.23    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $77,847.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,072,371.87 | $1,076,600.24 | $53,534.29 | $53,534.29 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,059.71 | 48,059.71 | 24,312.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 47,482.65 | 47,482.65 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 252,036.72 | 783,841.12 | 783,841.12 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 761,846.45 | 779,562.95 | 773,123.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,086,255.04 | $2,735,546.67 | $1,706,041.72 | $77,847.23 |

4) This case was originally filed under Chapter 7 on May 05, 2009. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2012         By: /s/LENARD E. SCHWARTZER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R - TRADE | 1129-000 | 23,722.07 |
| MISC. A/R | 1129-000 | 2,626.55 |
| 2002 FORD EXPLORER | 1129-000 | 38,976.30 |
| 2002 FORD EXPLORER***PAID OFF*** | 1129-000 | 2,200.00 |
| 2004 GMC YUKON DENALI***PAID OFF**** | 1229-000 | 7,000.00 |
| 2004 FORD F-150***PAID OFF | 1229-000 | 3,000.00 |
| REFUND | 1229-000 | 314.10 |
| RESTITUTION / CARCANO, JOSE | 1229-000 | 4.93 |
| Interest Income | 1270-000 | 3.28 |
| **TOTAL GROSS RECEIPTS** | | **$77,847.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Wells Fargo Financial Leasing, Inc. | 4210-000 | N/A | 33,000.00 | 0.00 | 0.00 |
| 12 | FINANCIAL FEDERAL CREDIT INC. | 4110-000 | N/A | 321,491.14 | 0.00 | 0.00 |
| 16 | US BANCORP EQUIPMENT FINANCE - | 4210-000 | 291,966.00 | 333,119.29 | 0.00 | 0.00 |
| 18 | U.S BANK | 4210-000 | N/A | 226,427.43 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21S | General Electric Capital Corporation | 4210-000 | N/A | 63,825.00 | 0.00 | 0.00 |
| 25 | US Bancorp Business Equipment Finance Group | 4210-000 | 4,331.00 | 5,452.90 | 0.00 | 0.00 |
| 26 | TOYOTA MOTOR CREDIT CORPORATION | 4210-000 | N/A | 31,362.34 | 0.00 | 0.00 |
| 30 | Clark County Assessor's Office | 4700-000 | 125.69 | 125.69 | 0.00 | 0.00 |
| 56 | M.W. SCHOFIELD | 4210-000 | N/A | 262.16 | 0.00 | 0.00 |
| 59 | MARK YURIK | 4210-000 | N/A | 8,000.00 | 0.00 | 0.00 |
| NOTFILED | FORD MOTOR | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FORD MOTOR | 4110-000 | 10,986.00 | N/A | N/A | 0.00 |
| NOTFILED | FINANCIAL FEDERAL CREDIT UNION | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FORD MOTOR | 4110-000 | 23,995.00 | N/A | N/A | 0.00 |
| NOTFILED | FORD MOTOR | 4110-000 | 19,309.00 | N/A | N/A | 0.00 |
| NOTFILED | GENERAL ELECTRIC CAPITAL CORP. C/O JOSEPH BLEEKER, | 4110-000 | 253,178.18 | N/A | N/A | 0.00 |
| NOTFILED | FORD MOTOR | 4110-000 | 11,690.00 | N/A | N/A | 0.00 |
| NOTFILED | FINANCIAL FEDERAL CREDIT UNION | 4110-000 | 309,326.00 | N/A | N/A | 0.00 |
| NOTFILED | TOYOTA MOTOR CREDIT CORP | 4110-000 | 27,727.00 | N/A | N/A | 0.00 |
| NOTFILED | FORD MOTOR | 4110-000 | 15,086.00 | N/A | N/A | 0.00 |
| NOTFILED | TYGRIS COMMERCIAL FINANCE | 4110-000 | 101,652.00 | N/A | N/A | 0.00 |
| | U.S. BANK | 4210-000 | N/A | 53,534.29 | 53,534.29 | 53,534.29 |
| **TOTAL SECURED CLAIMS** | | | **$1,072,371.87** | **$1,076,600.24** | **$53,534.29** | **$53,534.29** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 2950-000 | N/A | 19,665.79 | 19,665.79 | 6,834.07 |
| LENARD E. SCHWARTZER | 2200-000 | N/A | 684.95 | 684.95 | 238.03 |
| LENARD E. SCHWARTZER | 2100-000 | N/A | 7,142.36 | 7,142.36 | 2,482.04 |
| KENNETH A. SELTZER, C.P.A. | 3410-000 | N/A | 2,900.00 | 2,900.00 | 1,009.75 |
| SCHWARTZER & MCPHERSON LAW FIRM | 3120-000 | N/A | 154.02 | 154.02 | 53.52 |
| SCHWARTZER & MCPHERSON LAW FIRM | 3110-000 | N/A | 5,850.00 | 5,850.00 | 2,032.94 |
| A & B SECURITY GROUP, INC | 2690-000 | N/A | 100.97 | 100.97 | 100.97 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 47.91 | 47.91 | 47.91 |
| NELLIS AUCTION | 3610-000 | N/A | 400.00 | 400.00 | 400.00 |
| NELLIS AUCTION | 3610-000 | N/A | 11,099.13 | 11,099.13 | 11,099.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.58 | 14.58 | 14.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $48,059.71 | $48,059.71 | $24,312.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nevada Department of Taxation | 6820-000 | N/A | 47,482.65 | 47,482.65 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $47,482.65 | $47,482.65 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 168,719.68 | 168,719.68 | 0.00 |
| 3P-4 | Internal Revenue Service | 5800-000 | N/A | 313,484.04 | 313,484.04 | 0.00 |
| 22P | Nevada Department of Taxation | 5800-000 | N/A | 16,627.17 | 16,627.17 | 0.00 |
| 31 -4 | Internal Revenue Service | 5800-000 | 207,302.00 | 253,484.37 | 253,484.37 | 0.00 |
| 33 | HARRY DOUGLAS TAMBURO | 5300-000 | N/A | 10,950.00 | 10,950.00 | 0.00 |
| 34 | ERIC A RODRIGUEZ | 5300-000 | 784.00 | 1,000.00 | 1,000.00 | 0.00 |
| 38 | TAWNYA ROSENTHAL KING | 5300-000 | N/A | 8,079.66 | 8,079.66 | 0.00 |
| 57 | Nevada Division of Industrial Relations-OSHA | 5300-000 | N/A | 3,000.00 | 3,000.00 | 0.00 |
| 64 | Nevada Division of Industrial Relations | 5300-000 | N/A | 1,375.00 | 1,375.00 | 0.00 |
| 67 | JOHN LEONARD YURIK | 5300-000 | 5,230.00 | 6,153.84 | 6,153.84 | 0.00 |
| 71P | RICHARD JOSEPH LAMOUNTAIN | 5300-000 | N/A | 967.36 | 967.36 | 0.00 |
| NOTFILED | Taylor M. Sarbacker | 5200-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Show Mall | 5200-000 | 17,232.30 | N/A | N/A | 0.00 |
| NOTFILED | Alternatereality Comics | 5200-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | DETR Employment Security Division | 5200-000 | 11,593.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen P. Anderson | 5200-000 | 1,928.48 | N/A | N/A | 0.00 |
| NOTFILED | Albert Gonzalez | 5200-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | Bobbie L. Henderson | 5200-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeremy M. Law | 5200-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | Guadalupe Martinez | 5200-000 | 1,499.36 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ronald Mosco | 5200-000 | 1,297.58 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $252,036.72 | $783,841.12 | $783,841.12 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 2,468.08 | 2,468.08 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 1,294.78 | 1,294.78 | 0.00 |
| 3U-4 | Internal Revenue Service | 7100-000 | N/A | 35,681.34 | 35,681.34 | 0.00 |
| 4U | Wells Fargo Financial Leasing, Inc. | 7100-000 | 67,285.00 | 51,760.07 | 51,760.07 | 0.00 |
| 5 | Pitney Bowes Inc | 7100-000 | N/A | 1,658.59 | 1,658.59 | 0.00 |
| 6 | Yellow Book Pacific | 7100-000 | N/A | 9,274.00 | 9,274.00 | 0.00 |
| 7 -2 | PATRICK D. COLVIN | 7100-000 | N/A | 6,761.70 | 6,761.70 | 0.00 |
| 8 | Qwest Communications Company, LLC | 7100-000 | N/A | 310.96 | 310.96 | 0.00 |
| 9 | U.S. Bank N.A./Retail Payment Solutions | 7100-000 | N/A | 16,536.06 | 16,536.06 | 0.00 |
| 10 | U.S. Bank N.A./Retail Payment Solutions | 7100-000 | N/A | 1,577.83 | 1,577.83 | 0.00 |
| 11 | U.S. Bank N.A./Retail Payment Solutions | 7100-000 | N/A | 35.00 | 35.00 | 0.00 |
| 13 | R.H.Donnelly Publishing & Advertising,Inc. | 7100-000 | N/A | 49,284.13 | 49,284.13 | 0.00 |
| 14 | Visual Impressions, Ltd | 7100-000 | N/A | 7,557.00 | 7,557.00 | 0.00 |
| 15 | HSBC BANK NEVADA, N.A. | 7100-000 | N/A | 21,060.01 | 21,060.01 | 0.00 |
| 17 | H & E EQUIPMENT SERVICES, INC. | 7100-000 | 6,000.00 | 8,447.39 | 8,447.39 | 0.00 |
| 19 | H & E EQUIPMENT SERVICES, INC. | 7100-000 | N/A | 8,447.39 | 8,447.39 | 0.00 |
| 20 | Banner Outlet/AltitudeColor | 7100-000 | N/A | 10,181.00 | 10,181.00 | 0.00 |
| 21U | General Electric Capital Corporation | 7100-000 | N/A | 196,114.83 | 196,114.83 | 0.00 |
| 22U | Nevada Department of Taxation | 7100-000 | N/A | 1,840.05 | 1,840.05 | 0.00 |
| 23 | WESTERN TECHNOLOGIES INC | 7100-000 | N/A | 329.00 | 329.00 | 0.00 |
| 24 | The A.C. Houston Lumber Company | 7100-000 | N/A | 4,110.38 | 4,110.38 | 0.00 |
| 27 | Dept. of Employment, Training and Rehabilitation- | 7100-000 | N/A | 5,394.17 | 5,394.17 | 0.00 |
| 28 | LAIRD PLASTICS | 7100-000 | N/A | 4,355.72 | 4,355.72 | 0.00 |
| 29 | PATRICK D. COLVIN | 7100-000 | N/A | 16,380.89 | 16,380.89 | 0.00 |
| 33U | HARRY DOUGLAS TAMBURO | 7100-000 | N/A | 2,196.14 | 2,196.14 | 0.00 |
| 35 | Moneytree, Inc. | 7100-000 | N/A | 3,584.93 | 3,584.93 | 0.00 |
| 36 | JOSE JORGE RAMIREZ PEREZ | 7100-000 | 1,062.49 | 900.00 | 900.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | LEOPOLDO MACIAS | 7100-000 | 3,531.84 | 1,000.00 | 1,000.00 | 0.00 |
| 39 | GERALD LORD | 7100-000 | 1,288.00 | 1,840.00 | 1,840.00 | 0.00 |
| 40 | JOSEPH BENLIRO | 7100-000 | 896.00 | 1,200.00 | 1,200.00 | 0.00 |
| 41 | MARK GABRIEL | 7100-000 | N/A | 3,500.00 | 3,500.00 | 0.00 |
| 42 | CH2M HILL ATTN CASSINDRA SNYDER | 7100-000 | 1,945.00 | 1,945.00 | 1,945.00 | 0.00 |
| 43 | P3 CONSTRUCTION MANAGEMENT | 7100-000 | N/A | 216.20 | 216.20 | 0.00 |
| 44 | H & E EQUIPMENT SERVICES, INC. | 7100-000 | N/A | 8,447.39 | 8,447.39 | 0.00 |
| 45 | Dun & Edwards Paints | 7100-000 | N/A | 533.48 | 533.48 | 0.00 |
| 46 | Premium Assignment Corp. | 7100-000 | N/A | 10,546.42 | 10,546.42 | 0.00 |
| 48 | Vortex | 7100-000 | N/A | 1,510.51 | 1,510.51 | 0.00 |
| 49 | Greenberg Traurig, LLP | 7100-000 | N/A | 1,260.00 | 1,260.00 | 0.00 |
| 50 | H & E EQUIPMENT SERVICES, INC. | 7100-000 | N/A | 15,953.24 | 15,953.24 | 0.00 |
| 51 | PAYCHEX, INC. | 7100-000 | N/A | 746.46 | 746.46 | 0.00 |
| 52 | Central Telephone Company | 7100-000 | N/A | 8,013.76 | 8,013.76 | 0.00 |
| 53 | Dept. of Employment, Training and Rehabilitation- | 7100-000 | N/A | 5,872.66 | 5,872.66 | 0.00 |
| 54 | UNITED PARCEL SERVICE | 7100-000 | N/A | 40.06 | 40.06 | 0.00 |
| 55 | UNITED PARCEL SERVICE FREIGHT | 7100-000 | N/A | 916.15 | 916.15 | 0.00 |
| 58 | FUJIFILM NORTH AMERICAN CORPORATION | 7100-000 | 508.00 | 508.00 | 508.00 | 0.00 |
| 60 | GGP LIMITED PARTNERSHIP | 7100-000 | N/A | 19,832.29 | 19,832.29 | 0.00 |
| 61 | US Bank N.A. | 7100-000 | N/A | 1,577.83 | 1,577.83 | 0.00 |
| 62 | US Bank N.A. | 7100-000 | N/A | 16,536.06 | 16,536.06 | 0.00 |
| 63 | ANDERSON DRILLING | 7100-000 | N/A | 1,100.00 | 1,100.00 | 0.00 |
| 65 | FASTENAL COMPANY | 7100-000 | N/A | 164.93 | 164.93 | 0.00 |
| 66 | Nevada Power Company dba NV Energy | 7100-000 | 7,000.00 | 7,916.58 | 7,916.58 | 0.00 |
| 68 | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | N/A | 268.22 | 268.22 | 0.00 |
| 69 | Bank of the Ozarks | 7100-000 | 66,000.00 | 28,726.68 | 28,726.68 | 0.00 |
| 70 | THE BEST SERVICE COMPANY, INC. | 7100-000 | N/A | 139.75 | 139.75 | 0.00 |
| 71U | RICHARD JOSEPH LAMOUNTAIN | 7100-000 | 1,779.08 | 2,746.44 | 2,746.44 | 0.00 |
| 72 | NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | 7100-000 | N/A | 125,035.12 | 125,035.12 | 0.00 |
| 73 | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | N/A | 30,762.78 | 30,762.78 | 0.00 |
| 74 | City of Las Vegas | 7100-000 | 884.00 | 287.50 | 287.50 | 0.00 |
| 75 | Yellow Book Sales & Distribution | 7100-000 | N/A | 6,439.00 | 0.00 | 0.00 |
| 76 | The Travelers Indemnity Company | 7100-000 | N/A | 6,439.00 | 6,439.00 | 0.00 |
| NOTFILED | Ahern Rentals | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | A O Painting | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Artem Timofeev c/o Jim Lemmer | 7100-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Andre's Mobile Mix | 7100-000 | 1,167.50 | N/A | N/A | 0.00 |
| NOTFILED | Century Link | 7100-000 | 1,109.65 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Air Quality & Environ. Mgt. | 7100-000 | 580.04 | N/A | N/A | 0.00 |
| NOTFILED | Assurance Ltd. | 7100-000 | 32,909.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Riddle | 7100-000 | 899.20 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Department of Taxation State of Nevada - | 7100-000 | 41,065.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert F. Futterman & Associates | 7100-000 | 490.85 | N/A | N/A | 0.00 |
| NOTFILED | Alternatereality Comics | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Cooper Roofing and Solar | 7100-000 | 2,005.26 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Show Mall | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Graphics | 7100-000 | 360.50 | N/A | N/A | 0.00 |
| NOTFILED | University of Southern Nevada College | 7100-000 | 372.27 | N/A | N/A | 0.00 |
| NOTFILED | National Securities Technologies, Inc. | 7100-000 | 483.08 | N/A | N/A | 0.00 |
| NOTFILED | Pulse Cycling Studio | 7100-000 | 1,431.00 | N/A | N/A | 0.00 |
| NOTFILED | Moapa Valley Empowerment High School | 7100-000 | 1,999.00 | N/A | N/A | 0.00 |
| NOTFILED | EFI Vutek | 7100-000 | 7,391.86 | N/A | N/A | 0.00 |
| NOTFILED | Cox Business | 7100-000 | 1,098.40 | N/A | N/A | 0.00 |
| NOTFILED | River City Petroleum | 7100-000 | 1,742.40 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen | 7100-000 | 294.06 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Pump, Inc. | 7100-000 | 573.69 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Gas | 7100-000 | 93.97 | N/A | N/A | 0.00 |
| NOTFILED | Regal Piedmont Plastics | 7100-000 | 1,461.79 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Trustee | 7100-000 | 19,620.00 | N/A | N/A | 0.00 |
| NOTFILED | Stanley Security | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Webster Business Group | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | White Eagle Electric | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Underwriters Laboratories, Inc. | 7100-000 | 1,403.03 | N/A | N/A | 0.00 |
| NOTFILED | Nesco | 7100-000 | 10,599.18 | N/A | N/A | 0.00 |
| NOTFILED | Udandy, Inc. | 7100-000 | 36,175.00 | N/A | N/A | 0.00 |
| NOTFILED | N. Glantz & Son | 7100-000 | 4,541.19 | N/A | N/A | 0.00 |
| NOTFILED | NASCO Electric Sign Company | 7100-000 | 4,689.00 | N/A | N/A | 0.00 |
| NOTFILED | Environmental Ink | 7100-000 | 1,189.11 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gemini | 7100-000 | 358.59 | N/A | N/A | 0.00 |
| NOTFILED | EJM Development Company | 7100-000 | 12,036.01 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Electric Company | 7100-000 | 783.97 | N/A | N/A | 0.00 |
| NOTFILED | John J. Yurik, Jr. | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel Cook | 7100-000 | 807.60 | N/A | N/A | 0.00 |
| NOTFILED | Las Vegas Chamber of Commerce | 7100-000 | 678.32 | N/A | N/A | 0.00 |
| NOTFILED | Lovitt & Touche | 7100-000 | 28,400.85 | N/A | N/A | 0.00 |
| NOTFILED | KVO Industries | 7100-000 | 5,896.67 | N/A | N/A | 0.00 |
| NOTFILED | Department of Business & Industry OSHA | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Jones Media | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $761,846.45 | $779,562.95 | $773,123.95 | $0.00 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-17213-BAM  
**Case Name:** SIGNS WEST, INC.

**Trustee:** (480250)  LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 09/23/10 (c)  
**§341(a) Meeting Date:** 10/25/10

**Period Ending:** 11/13/12

**Claims Bar Date:** 01/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  PETTY CASH | 88.00 | 88.00 | DA | 0.00 | FA |
| 2  CHECKING ACCOUNT, COLONIAL BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 3  SOUTHWEST GAS, UTILITY | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 4  NORTHWESTERN MUTUAL LIFE INSURANCE CO | 25,200.00 | 25,200.00 | DA | 0.00 | FA |
| 5  ARVILLE STREET EQUITY PARTNERS LLC | 13,750.00 | 13,750.00 | DA | 0.00 | FA |
| 6  STOCK #582/ 2000 SHARES AT $1.56 PER SHARE | 3,120.00 | 3,120.00 | DA | 0.00 | FA |
| 7  STOCK #NCI 0637/ 956 SHARES @$1.56 PER SHARE | 1,491.36 | 1,491.36 | DA | 0.00 | FA |
| 8  A/R - TRADE<br>    A/R secured | 288,415.36 | 288,415.36 | | 23,722.07 | FA |
| 9  MISC. A/R<br>    A/R secured | 29,075.56 | 29,075.56 | | 2,626.55 | FA |
| 10  A/R - MIKE CORRIGAN | 14,738.00 | 14,738.00 | DA | 0.00 | FA |
| 11  INSIDERS A/R MGI: $90,964.00 SWO: $13,464.00 | 236,643.00 | 236,643.00 | DA | 0.00 | FA |
| 12  2002 FORD EXPLORER<br>    Value added by amendment filed 9/15/09 | Unknown | 10,000.00 | | 38,976.30 | FA |
| 13  2003 FORD TAURUS | Unknown | 0.00 | DA | 0.00 | FA |
| 14  2002 FORD EXPLORER***PAID OFF***<br>    Duplicate of Asset 12 | 10,000.00 | 2,200.00 | | 2,200.00 | FA |
| 15  2003 FORD TAURUS****PAID OFF***<br>    Duplicate of Asset 13 | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 16  2004 GMC YUKON DENALI***PAID OFF****  (u)<br>    Added by amendment filed 9/15/09 | 15,000.00 | 15,000.00 | | 7,000.00 | FA |
| 17  1997 NISSAN PICKUP**PAID OFF***  (u)<br>    Added by amendment filed 9/15/09 | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 18  2004 FORD F-150***PAID OFF  (u)<br>    Added by amendment filed 9/15/09 | 9,500.00 | 6,500.00 | | 3,000.00 | FA |
| 19  2007 FORD MUSTANG***RETAIN/CURRENT***  (u)<br>    Added by amendment filed 9/15/09 | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 20  2005 FORD F150 (PAC) | 10,500.00 | 0.00 | DA | 0.00 | FA |

Printed: 11/13/2012 10:15 AM    V.13.04

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-17213-BAM  
**Case Name:** SIGNS WEST, INC.  

**Trustee:** (480250) LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 09/23/10 (c)  
**§341(a) Meeting Date:** 10/25/10  

**Period Ending:** 11/13/12  
**Claims Bar Date:** 01/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RFS granted 9/22/09<br>Added by amendment filed 9/15/09 | | | | | |
| 21  2006 FORD F150(JLY) (u)<br>RFS granted 9/29/10<br>Added by amendment filed 9/15/09 | 11,000.00 | 14.00 | DA | 0.00 | FA |
| 22  2007 FORD EXPEDITION (u)<br>RFS granted 9/22/09<br>Added by amendment filed 9/15/09 | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 23  1995 ISUZU TRUCK (u)<br>Added by amendment filed 9/15/09 | 500.00 | 500.00 | DA | 0.00 | FA |
| 24  2000 FORD F550 DIESEL (u)<br>Added by amendment filed 9/15/09 | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 25  SCAT TRACK LOADER, TRAILER & WATER TANK*****PAID (u)<br>Added by amendment filed 9/15/09<br>CB SPOKE WITH JOHN YURIK RE LOADER, SAYS IT WAS STOLEN FROM THE JOBSITE, PAUL ANDERSON SAYS HE DOESN'T HAVE IT, NOR DOES LANDSCAPING COMPANY WHO BORROWED IT, ALSO, IT HAD A FLAT TIRE; JOHN SAYS HE E-MAILED BILL AND LES RE THE SITUATION | 5,700.00 | 5,700.00 | DA | 0.00 | FA |
| 26  2001 FORD F550 GAS (BOOM) (u)<br>Added by amendment filed 9/15/09 | 250.00 | 250.00 | DA | 0.00 | FA |
| 27  HYDRO GRUBERT 45' MANLIFT (u)<br>Added by amendment filed 9/15/09 | 17,000.00 | 17,000.00 | DA | 0.00 | FA |
| 28  2001 CHEVROLET SKYHOIST (u)<br>Added by amendment filed 9/15/09 | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 29  1986 FORD F8000 CRANE (u)<br>Added by amendment filed 9/15/09 | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 30  1987 FORD F350 BUCKET (u)<br>Added by amendment filed 9/15/09 | 300.00 | 300.00 | DA | 0.00 | FA |
| 31  2001 INTERNATIONAL FLATBED (u)<br>Added by amendment filed 9/15/09 | 16,000.00 | 16,000.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-17213-BAM  
**Case Name:** SIGNS WEST, INC.  

**Trustee:** (480250) LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 09/23/10 (c)  
**§341(a) Meeting Date:** 10/25/10  

**Period Ending:** 11/13/12  
**Claims Bar Date:** 01/23/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 32 | 2002 INTERNATIONAL FLATBED (u) Added by amendment filed 9/15/09 | 17,100.00 | 17,100.00 | DA | 0.00 | FA |
| 33 | 1998 FORD F150 (u) Added by amendment filed 9/15/09 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 34 | TECO MODEL CK501P TRAILER (u) Added by amendment filed 9/15/09 | 500.00 | 500.00 | DA | 0.00 | FA |
| 35 | 1998 FORD F250 (u) Added by amendment filed 9/15/09 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 36 | 2001 FORD F350 (u) Added by amendment filed 9/15/09 | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 37 | 2007 ELLIOTT HI-REACH W/60 FT. BEAM (u) RFS granted 4/19/10 Added by amendment filed 9/15/09 | 138,000.00 | 138,000.00 | DA | 0.00 | FA |
| 38 | SCAT TRACK TRAILER (u) Added by amendment filed 9/15/09 | 500.00 | 500.00 | DA | 0.00 | FA |
| 39 | 2007 FORD F150 (u) RFS granted 9/22/09 Added by amendment filed 9/15/09 | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 40 | 2007 ELLIOTT HI REACH W/85 FOOT BOOM (u) RFS granted 4/19/10 Added by amendment filed 9/15/09 | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 41 | 2006 TOYOTA FORKLIFT (u) RFS granted 8/13/10 Added by amendment filed 9/15/09 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 42 | FURNITURE, COMPUTER EQUIPMENT, MISC ITEMS AT MAI | 21,800.00 | 21,800.00 | DA | 0.00 | FA |
| 43 | MISC | 593,500.00 | 593,500.00 | DA | 0.00 | FA |
| 44 | MISC-CEMENT MIXER, TOOL BOX, GENERATOR, CORE DRI xxxx | 593,500.00 | 593,500.00 | DA | 0.00 | FA |
| 45 | INVENTORY | 38,598.00 | 38,598.00 | DA | 0.00 | FA |
| 46 | REFUND (u) | 0.00 | 500.00 | DA | 314.10 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-17213-BAM | | Trustee: | (480250) | LENARD E. SCHWARTZER |
|---|---|---|---|---|---|
| Case Name: | SIGNS WEST, INC. | | Filed (f) or Converted (c): | 09/23/10 (c) | |
| | | | §341(a) Meeting Date: | 10/25/10 | |
| Period Ending: | 11/13/12 | | Claims Bar Date: | 01/23/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 47 | RESTITUTION / CARCANO, JOSE (u) | 0.00 | 10.00 | DA | 4.93 | FA |
| 48 | ABBLEBEE<br>  Amount too small to leave case open & incur add'ladministrative expenses | 0.00 | 5,000.00 | DA | 0.00 | FA |
| 49 | MUTOH VIPER TX 90 DIRECT TESTILE PRINTER (u)<br>  Abandoned per order entered 10/24/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 50 | CAM TECH SPACEMAKER 52 X 102 ROUTER (u)<br>  Abandoned per order entered 10/24/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 51 | FALCON 62" LARGE FORMAT PRINTER (u)<br>  Abandoned per order entered 10/24/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 52 | ENCAD NOVAJET 850 LARGE FORMAT PRINTER (u)<br>  Abandoned per order entered 10/24/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 53 | EPSON STYLUS PRO 9000 LARGE FORMAT PRINTER (u)<br>  Abandoned per order entered 10/24/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 54 | ECONO INDUSTRIAL SEWING MACHINE (u)<br>  Abandoned per order entered 10/24/11 | 0.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.28 | FA |
| 55 | Assets   Totals (Excluding unknown values) | **$2,396,769.28** | **$2,141,993.28** | | **$77,847.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | October 31, 2012 | **Current Projected Date Of Final Report (TFR):** | August 15, 2012 (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-17213-BAM | Trustee: | LENARD E. SCHWARTZER (480250) |
|---|---|---|---|
| Case Name: | SIGNS WEST, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******25-65 - Checking Account |
| Taxpayer ID #: | **-***2680 | Blanket Bond: | $3,500,000.00  (per case limit) |
| Period Ending: | 11/13/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/12/10 | {8} | BOYD GAMING CORP | A/R | 1129-000 | 196.40 | | 196.40 |
| 10/12/10 | {8} | TUFF SHED INC | A/R | 1129-000 | 600.00 | | 796.40 |
| 10/12/10 | {8} | MERISEL AMERICAS INC | A/R | 1129-000 | 5,825.00 | | 6,621.40 |
| 10/15/10 | {46} | REPUBLIC SERVICES INC | REFUND | 1229-000 | 314.10 | | 6,935.50 |
| 10/19/10 | 1001 | A & B SECURITY GROUP, INC | INVOICE 0054119-IN | 2690-000 | | 100.97 | 6,834.53 |
| 10/25/10 | {9} | TAHITI VILLAGE MASTER OWNERS' ASSOC | A/R | 1129-000 | 843.18 | | 7,677.71 |
| 10/26/10 | {9} | IMS | A/R | 1129-000 | 470.00 | | 8,147.71 |
| 10/26/10 | {9} | TUBE ART | A/R | 1129-000 | 1,025.00 | | 9,172.71 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 9,172.74 |
| 11/03/10 | {8} | CHASE BANK | A/R | 1129-000 | 48.93 | | 9,221.67 |
| 11/15/10 | {8} | MARKS/SANDHURST, LLC | A/R | 1129-000 | 125.00 | | 9,346.67 |
| 11/16/10 | {8} | TOWN AND COUNTRY MANOR III CORP | A/R | 1129-000 | 540.91 | | 9,887.58 |
| 11/16/10 | {8} | CHANDLER SIGNS, L.P. | A/R | 1129-000 | 9,625.50 | | 19,513.08 |
| 11/18/10 | {8} | PLUS 6 TECHNOLOGIES | A/R | 1129-000 | 255.66 | | 19,768.74 |
| 11/18/10 | {8} | SUMMERLIN DANCE ACADEMY | A/R | 1129-000 | 2,109.40 | | 21,878.14 |
| 11/23/10 | {9} | FERRARO'S RESTAURANT | A/R | 1129-000 | 278.35 | | 22,156.49 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 22,156.61 |
| 12/07/10 | {9} | THE DEXIA SETTLEMENT CLAIMS ADMINISTRATOR | LITIGATION CLASS ACTION SETTLEMENT | 1129-000 | 10.02 | | 22,166.63 |
| 12/21/10 | {8} | SUN STATE BUILDERS | A/R | 1129-000 | 323.90 | | 22,490.53 |
| 12/21/10 | {8} | HEALTHCAE PARTNERS | A/R | 1129-000 | 729.43 | | 23,219.96 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,220.15 |
| 01/04/11 | {8} | THE G.B. GROUP | A/R | 1129-000 | 263.66 | | 23,483.81 |
| 01/04/11 | {8} | VALLEY BIBLE FELLOWSHIP SOUL FACTORY | A/R | 1129-000 | 115.00 | | 23,598.81 |
| 01/12/11 | {8} | FAITH LUTHERAN JR SR HIGH SCHOOL | A/R | 1129-000 | 944.35 | | 24,543.16 |
| 01/12/11 | {8} | CG&B ENTERPRISES | A/R | 1129-000 | 1,893.93 | | 26,437.09 |
| 01/28/11 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2011 FOR CASE #09-17213, Bond No. 016030865 Voided on 01/28/11 | 2300-000 | | ! 42.47 | 26,394.62 |
| 01/28/11 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2011 FOR CASE #09-17213, Bond No. 016030865 Voided: check issued on 01/28/11 | 2300-000 | | ! -42.47 | 26,437.09 |
| | | | Subtotals : | | $26,538.06 | $100.97 | |

{} Asset reference(s)    !-Not printed or not transmitted

Printed: 11/13/2012 10:15 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-17213-BAM  
**Case Name:** SIGNS WEST, INC.  
**Taxpayer ID #:** **-***2680  
**Period Ending:** 11/13/12  

**Trustee:** LENARD E. SCHWARTZER (480250)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Checking Account  
**Blanket Bond:** $3,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/11 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2011 FOR CASE #09-17213, Bond # 016030865 | 2300-000 | | 47.91 | 26,389.18 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,389.39 |
| 02/23/11 | {47} | STATE OF NV OFFICE OF CONTROLLER | RESTITUTION | 1229-000 | 4.93 | | 26,394.32 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,394.52 |
| 03/14/11 | {8} | PARADISE LLC | A/R | 1129-000 | 125.00 | | 26,519.52 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,519.74 |
| 04/11/11 | {14} | NELLIS AUCTION | SALE OF 2002 FORD EXPEDITION | 1129-000 | 2,200.00 | | 28,719.74 |
| 04/14/11 | 1004 | NELLIS AUCTION | COMMISSION & BUYERS' PREMIUM PER ORDER ENTERED 3/18/11 | 3610-000 | | 400.00 | 28,319.74 |
| 04/18/11 | {18} | MARK YURIK/WELLS FARGO | 2004 F150 VIN:1FTRF12W74NA50030 | 1229-000 | 3,000.00 | | 31,319.74 |
| 04/18/11 | {16} | MARK YURIK/WELLS FARGO | 2004 DENALI VIN:1GKFK66U24J190969 | 1229-000 | 7,000.00 | | 38,319.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 38,320.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,320.32 |
| 06/30/11 | {12} | NELLIS AUCTION | SALE OF VEHICLES AND OFFICE EQUIPMENT & FURNISHINGS | 1129-000 | 38,976.30 | | 77,296.62 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 77,296.93 |
| 07/06/11 | 1005 | NELLIS AUCTION | AUCTION PROCEEDS PER ORDER ENTERED 6/23/11 | 3610-000 | | 11,099.13 | 66,197.80 |
| 07/15/11 | 1006 | KENNETH A. SELTZER, C.P.A. | ACCOUNTANT FEES PER ORDER ENTERED 7/14/11--VOIDED<br>Voided on 07/18/11 | 3410-000 | | 1,600.00 | 64,597.80 |
| 07/18/11 | 1006 | KENNETH A. SELTZER, C.P.A. | ACCOUNTANT FEES PER ORDER ENTERED 7/14/11--VOIDED<br>Voided: check issued on 07/15/11 | 3410-000 | | -1,600.00 | 66,197.80 |
| 07/25/11 | 1007 | U.S. BANK | SECURED FUNDS PER ORDER ENTERED 7/12/11 | 4210-000 | | 53,534.29 | 12,663.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.58 | | 12,664.09 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 12,664.43 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,664.53 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,664.63 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,664.73 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,664.83 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,664.93 |
| 03/09/12 | 1008 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE | 2300-000 | | 14.58 | 12,650.35 |

Subtotals :     $51,309.17     $65,095.91

{} Asset reference(s)

Printed: 11/13/2012 10:15 AM     V.13.04

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-17213-BAM | | Trustee: | LENARD E. SCHWARTZER (480250) |
|---|---|---|---|---|
| Case Name: | SIGNS WEST, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******25-65 - Checking Account |
| Taxpayer ID #: | **-***2680 | | Blanket Bond: | $3,500,000.00  (per case limit) |
| Period Ending: | 11/13/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #09-17213, BOND # 016048576 | | | | |
| 04/03/12 | 1009 | KENNETH A. SELTZER, C.P.A. | | 3410-000 | | 1,300.00 | 11,350.35 |
| 05/08/12 | | KENNETH A. SELTZER, C.P.A. | REFUND OF OVERPAYMENT | 3410-000 | | -290.25 | 11,640.60 |
| 10/24/12 | 1010 | United States Trustee | Dividend paid 34.75% on $19,665.79, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 6,834.07 | 4,806.53 |
| 10/24/12 | 1011 | SCHWARTZER & MCPHERSON LAW FIRM | Dividend paid 34.75% on $154.02, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 53.52 | 4,753.01 |
| 10/24/12 | 1012 | SCHWARTZER & MCPHERSON LAW FIRM | Dividend paid 34.75% on $5,850.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,032.94 | 2,720.07 |
| 10/24/12 | 1013 | LENARD E. SCHWARTZER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,720.07 | 0.00 |
| | | | Dividend paid 34.75%  2,482.04<br>on $7,142.36; Claim#<br>TEEFEES; Filed:<br>$7,142.36 | 2100-000 | | | 0.00 |
| | | | Dividend paid 34.75%  238.03<br>on $684.95; Claim#<br>TEEEXPS; Filed:<br>$684.95 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 77,847.23 | 77,847.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 77,847.23 | 77,847.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$77,847.23** | **$77,847.23** | |

```
Net Receipts :       77,847.23
                    _____
Net Estate :        $77,847.23
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******25-65** | 77,847.23 | 77,847.23 | 0.00 |
| | **$77,847.23** | **$77,847.23** | **$0.00** |

{} Asset reference(s)

Printed: 11/13/2012 10:15 AM    V.13.04